# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **Donner** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Case No. 4:17-cv-01379-JMB |
| | ) |
| **Northstar Location Services, LLC** | ) |
| | ) |
| **Defendant** | ) |

## NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section

## CHECK ONE:

☑ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Northstar Location Services, LLC**

Submitted By: **Ryan T. Brown**     Dated **June 15, 2017**

Note: Corporations may execute this election only by counsel.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this **June 15, 2017**

Signature:     /S/ **Ryan T. Brown**

5/23 LW

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Donner )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**Northstar Location Services, LLC** )<br>)<br>)<br>**Defendant** ) | Case No. 4:17-cv-01379-JMB |

### NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section

### CHECK ONE:

☑ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Theodore Donner, Jr.**

Submitted By:  **Steven A. Donner**       Dated  **May 23, 2017**

**Note: Corporations may execute this election only by counsel.**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this
**May 23, 2017**

Signature:   /S/ **Steven A. Donner**

6/12/17 NRL
rec'd

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

Donner )
)
Plaintiff )
)
v. ) Case No. 4:17-cv-01379-JMB
)
Northstar Location Services, LLC )
)
)
Defendant )

## NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section

## CHECK ONE:

☑ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Theodore Donner, Jr.**

Submitted By: Steven A. Donner           Dated June 12, 2017

**Note: Corporations may execute this election only by counsel.**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this
June 12, 2017

Signature:   /S/ Steven A. Donner